IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS


ISIAC BROWN,

                    Plaintiff,

     v.                                  CASE NO. 06-3094-SAC

SCOTT HOWARD, et al.,

                    Defendants.


**O R D E R**

Plaintiff proceeds pro se on a form complaint submitted under 42 U.S.C. § 1983. By an order dated April 6, 2006, the court directed plaintiff to show cause why the complaint should not be liberally construed as an application for habeas relief filed under 28 U.S.C. § 2254, and dismissed without prejudice based upon plaintiff's apparent failure to exhaust state court remedies.

In response, plaintiff filed a form motion for seeking post-conviction relief in the state district courts. This pleading only highlights that plaintiff is indeed seeking relief that must be pursued in a writ of habeas corpus filed under 28 U.S.C. § 2254 after first exhausting state court remedies, *see* <u>Preiser v. Rodriquez</u>, 411 U.S. 475 (1973), and that plaintiff's exhaustion of state court remedies is not yet complete.

Accordingly, the court liberally construes this action as a habeas petition filed under 28 U.S.C. § 2254 and dismisses this action without prejudice.

IT IS THEREFORE ORDERED that the complaint is construed as a petition filed under 28 U.S.C. § 2254, and is dismissed without

prejudice.

IT IS FURTHER ORDERED that plaintiff's motion for appointment of counsel (Doc. 5) is denied as moot.

**IT IS SO ORDERED.**

DATED:  This 16th day of May 2006 at Topeka, Kansas.


 s/ Sam A. Crow
SAM A. CROW
U.S. Senior District Judge